```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TOVIA GOLDSTEIN,

               Plaintiff,

    - against -

EQUIFAX INFORMATION SERVICES, LLC,
and MID-HUSON VALLEY FEDERAL CREDIT
UNION,

               Defendants.

-------------------------------------------------------------X

**ORDER**

22 Civ. 2368 (NSR)

Nelson S. Román, D.J.:

    Due to the passage of dates on the proposed Case Management Plan and Scheduling Order ("CMPSO") provided by the parties on May 11, 2022 (ECF No. 17), the parties are directed to file a revised CMPSO on or before March 15, 2023.

Dated: March 8, 2023
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE